(November 6, 1967)

In the Matter of the Claim of HARRY LYNCH, Respondent, v. L. G. DE FELICE & SON, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— REYNOLDS, J.

1154

Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.; Herlihy, J. P., dissents and votes to affirm. Herlihy, J. P. The record in my opinion establishes substantial evidence to sustain the finding of the board. The decision of the board should be affirmed.